UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
December 07, 2017
David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. 2:17-CR-470-3 |
| | § | |
| LOUIE MOLINA | § | |

### **ORDER GRANTING MOTION FOR CONTINUANCE**

United States District Judge Nelva Gonzales Ramos referred this case to the undersigned United States Magistrate Judge for the purpose of conducting a guilty plea proceeding pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The defendant is charged in multiple counts in a drug trafficking case. Prior to the plea proceeding, counsel for defendant orally moved for a continuance because an amended superseding indictment was filed on November 30, 2017. The amended superseding indictment expanded the date range of the alleged conspiracy. Defense counsel moved for a continuance to conduct additional discovery and investigation and to prepare with the defendant. The government was unopposed to the motion for continuance. After the undersigned magistrate judge explained to the defendant his right to a speedy trial, the defendant also asked the Court to continue his pretrial conference and trial.

The Court has considered the Unopposed Motion for Continuance of the Pretrial Conference and Trial of the defendant and finds that this motion should be GRANTED.

Taking into account counsel's exercise of due diligence, failure to grant the motion would deny counsel for the defendant reasonable time necessary for effective

preparation. Accordingly, the Court **GRANTS** the motion for continuance and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is further ORDERED that this case is set for a Final Pretrial Conference on **February 1, 2018 9:00 a.m.** and Trial on **February 5, 2018 at 8:30 a.m.** Both settings will be before United States District Judge Nelva Gonzales Ramos.

ORDERED this 7th day of December, 2017.

_____
Jason B. Libby
United States Magistrate Judge